# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br> v. <br><br> PACIFIC PYRAMID GROUP, INC., a California Corporation; and Does 1-10, <br><br> Defendants, | **Case No**. 3:18-CV-05338-RS <br><br> ORDER TO EXTEND DATE FOR FILING DISMISSAL AS MODIFIED BY THE COURT |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to October 18, 2019. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 24, 2019, at 1:30 p.m.** in Courtroom 3, 17th Floor of the San Francisco Courthouse and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: 9/18/19

_____
HONORABLE RICHARD SEEBORG
United States District Judge

1