UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

PACIFIC PYRAMID GROUP, INC.,

    Defendant.

Case No. 18-cv-05338-RS

**ORDER EXTENDING DEADLINE TO FILE STIPULATION OF DISMISSAL**

In light of plaintiff Scott Johnson's Response to the Order to Show Cause, ECF No. 22, and Motion to Appear by Telephone at the Show Cause Hearing, ECF No. 23, the time for the parties to file a stipulation of dismissal is extended to **November 1, 2019**. This extension reflects the expectation that the parties will indeed reach a final settlement within that time. If the stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 7, 2019, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

**IT IS SO ORDERED**.

Dated: October 18, 2019

_____
RICHARD SEEBORG
United States District Judge